CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christian Miguel Alcaraz**<br>DOB: 1989; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-01425MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 14, 2021, at or near Nogales, in the District of Arizona, **Christian Miguel Alcaraz** did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 14, 2021, **Christian Miguel ALCARAZ** entered the United States from the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. ALCARAZ was the driver of a 2002 Toyota Corolla. During initial questioning, ALCARAZ provided a negative customs declaration. When questioned about his recent and multiple crossings, ALCARAZ changed his demeanor and appeared nervous. Customs and Border Protection Officers (CBPOs) then referred ALCARAZ to secondary where a physical pat down was conducted. During the pat down, CBPOs felt an anomaly in ALCARAZ's groin area. CBPOs removed one package that was concealed in ALCARAZ's pants. A representative sample of the contents of the packages tested positive for the characteristics of fluorofentanyl. The fluorofentanyl had a total weight of 309.6 grams.

After waiving his *Miranda* rights, ALCARAZ stated that on the evening of February 13, 2021, he met with and received the suspected narcotics from an individual he knew or believed to be a drug distributer. ALCARAZ stated he knowingly put the narcotics in his pants, in an attempt to bring them into the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/pl<br>AUTHORIZED AUSA *Kevin Hakala* — Digitally signed by KEVIN HAKALA Date: 2021.02.16 12:33:03 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br>CHRISTOPHER J LEFRANCOIS — Digitally signed by CHRISTOPHER J LEFRANCOIS Date: 2021.02.16 12:36:58 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent<br>Chris LeFrancois |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 16, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54