PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
COREY J. MANTEI
Assistant U.S. Attorney
State Bar No. 029685
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: corey.mantei@usdoj.gov
Attorneys for Plaintiff

FILED

2021 MAR 31  PM 2:00

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR21-00535 TUC-RCC(LAB) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Fluorofentanyl)<br>Count 1 |
| Christian Miguel Alcaraz, | |
| Defendant. | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi)<br>(Possession with Intent to Distribute Fluorofentanyl)<br>Count 2 |
| | 21 U.S.C. § 963<br>(Conspiracy to Import Fluorofentanyl)<br>Count 3 |
| | 21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(1)(F)<br>(Importation of Fluorofentanyl)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about February 14, 2021, in the District of Arizona, CHRISTIAN MIGUEL ALCARAZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 100 grams or more of a mixture or substance containing a

detectable amount of fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 14, 2021, in the District of Arizona, CHRISTIAN MIGUEL ALCARAZ did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT 3

Beginning at a time unknown, to on or about February 14, 2021, in the District of Arizona, CHRISTIAN MIGUEL ALCARAZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 100 grams or more of a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about February 14, 2021, in the District of Arizona, CHRISTIAN MIGUEL ALCARAZ did knowingly and intentionally import into the United States from the Republic of Mexico 100 grams or more of a mixture or substance containing a detectable

amount of fluorofentanyl, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F).

A TRUE BILL

/ S /

_____
FOREPERSON OF THE GRAND JURY
Date: **MAR 3 1 2021**

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

/ S /
_____
COREY J. MANTEI
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**